Roland J. BOURQUE, on behalf of Trey Bourque, on behalf of Alexis Bourque, on behalf of Roland Bourque Jr., Laurie Bourque, on behalf of Trey Bourque, on behalf of Alexis Bourque, on behalf of Roland Bourque, Jr., Plaintiffs–Appellants,

v.

HELMERICH & PAYNE INTERNATIONAL DRILLING CO., formerly known as Helmerich & Payne, Inc., Defendant–Appellee.

No. 08–30319.

United States Court of Appeals, Fifth Circuit.

Feb. 9, 2009.

Lawrence N. Curtis, Larry Curtis Law Corporation, Lafayette, LA, for Plaintiffs–Appellants.

Before JOLLY, DAVIS, and DEMOSS, Circuit Judges.

PER CURIAM: *

AFFIRMED. See 5th CIR. R. 47.6.

UNITED STATES of America, Plaintiff–Appellee,

v.

Gandhi Ben MORKA, Defendant–Appellant.

No. 08–10125.

United States Court of Appeals, Fifth Circuit.

Feb. 9, 2009.

Sarah Ruth Saldana, U.S. Attorney's Office Northern District of Texas, Dallas, TX, for Plaintiff-Appellee.

Michael Philip Levine, Nawaz & Levine, Dallas, TX, for Defendant–Appellant.

Before JOLLY, DAVIS, and DeMOSS, Circuit Judges.

PER CURIAM: *

AFFIRMED. See 5TH CIR. R. 47.6.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

* Pursuant to 5TH CIR R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.